1  Christina A. Rea, California Bar No. 269107
   Neeru Jindal, California Bar No. 235082
2  **BRYAN CAVE LLP**
   120 Broadway, Suite 300
3  Santa Monica, California  90401
   Telephone:  (310) 576-2100
4  Facsimile:  (310) 576-2200
   E-Mail:    christina.rea@bryancave.com
5             jindaln@bryancave.com

6  Attorneys for Defendants
   Mortgage Electronic Registration Systems, Inc.; Wilshire Credit Corp.;
7  Bank Of America, N.A.; and U.S. Bank, N.A.,

8

9                    UNITED STATES DISTRICT COURT

10                  CENTRAL DISTRICT OF CALIFORNIA

11

12  SILVIO ANTONIO PERALTA,                    Case No:  CV12-00909 JFW-AJW

13              Plaintiff,                     Judge: Hon. John F. Walter

14       vs.

15  PEOPLE'S CHOICE HOME LOAN,                 **JOINT STIPULATION TO STAY**
    INC., a dissolved Wyoming corporation;     **PROCEEDINGS FOR NINETY**
16  MORTGAGE ELECTRONIC                        **DAYS AND EXTEND**
    REGISTRATION SYSTEMS, INC.;                **DEFENDANTS' TIME TO**
17  WILSHIRE CREDIT CORPORATION;               **RESPOND TO COMPLAINT;**
    QUALITY LOAN SERVICE CORP.;                **DECLARATION OF NEERU**
18  BANK OF AMERICA, N.A., AS                  **JINDAL IN SUPPORT THEREOF**
    SUCCESSOR BY MERGER TO
19  LASALLE BANK, AS TRUSTEE FOR               Complaint Filed:  February 1, 2012
    THE CERTIFICATE HOLDERS OF
20  THE MLMI TRUST MORTGAGE                    Current Response Date:  N/A
    LOAN ASSET-BACKED
21  CERTIFICATES, SERIES 2007 HE1;             Proposed Response Date:  June 15, 2012
    U.S. BANK, NATIONAL
22  ASSOCIATION, AS SUCCESSOR
    TRUSTEE TO BANK OF AMERICA,
23  N.A., AS SUCCESSOR BY MERGER
    TO LASALLE BANK, AS TRUSTEE
24  FOR THE CERTIFICATE HOLDERS
    OF THE MLMI TRUST MORTGAGE
25  LOAN ASSET-BACKED
    CERTIFICATES, SERIES 2007 HE1,
26
                Defendants.
27

28

SM01DOCS\883599.2                            1

BRYAN CAVE LLP
120 BROADWAY, SUITE 300
SANTA MONICA, CALIFORNIA 90401-2386

1      **IT IS HEREBY STIPULATED**, by and between Plaintiff Silvio Antonio

2 Peralta ("Plaintiff") and Defendants Mortgage Electronic Registration Systems, Inc.;

3 Wilshire Credit Corporation; Bank Of America, N.A., as Successor By Merger To

4 LaSalle Bank, as Trustee For Certificate Holders Of The MLMI Trust Mortgage

5 Loan Asset-Backed Certificates, Series 2007 He1; U.S. Bank, N.A., as Successor

6 Trustee to Bank Of America, N.A., (collectively, "Defendants"), through their

7 undersigned counsel as follows:

8      1.    Plaintiff filed his Complaint against Defendants on February 1, 2012;

9      2.    Plaintiff and Defendants (the "Parties") are attempting to resolve this

10 dispute out of Court and seek to avoid incurring litigation costs while these

11 settlement discussions are pending;

12      3.    On February 16, 2012, the Parties agreed to stay all proceedings in this

13 action for ninety (90) days, until May 16, 2012 and extend Defendants' time to

14 respond to the Complaint to June 15, 2012;

15      4.    The Parties agree that this stay and extension will serve the interests of

16 the parties and judicial economy;

17      5.    The Parties are informed and believe that Defendant People's Choice

18 Home Loan, Inc. is a dissolved corporation.

19      6.    Plaintiff will take his motion for a preliminary injunction, set for March

20 5, 2012 off calendar, without prejudice to refile the motion at a later date.

21      7.    The stay and extension will not result in prejudice to any party;

22      **IT IS HEREBY STIPULATED AND AGREED** by Plaintiff and

23 Defendants, by and through their counsel, that all proceedings in this action shall be

24 stayed until May 16, 2012, and Defendants' response to Plaintiffs' Complaint will

25 be due on or before June 15, 2012.

26      It is further stipulated and agreed that Plaintiff will take his motion for a preliminary

27 injunction, set for March 5, 2012 off calendar, without prejudice to refile the motion at a later date

28

BRYAN CAVE LLP
120 BROADWAY, SUITE 300
SANTA MONICA, CALIFORNIA 90401-2386

JOINT STIPULATION TO STAY PROCEEDINGS
AND EXTEND DEFENDANTS' TIME TO RESPOND TO COMPLAINT

1    **IT IS SO STIPULATED AND AGREED.**

2

3    Dated:  February 22, 2012              Respectfully submitted,

4                                          **BRYAN CAVE LLP**

5

6                                          By:  /s/ Neeru Jindal
                                                Neeru Jindal
7                                          Attorneys for Defendants
                                           Mortgage Electronic Registration Systems,
8                                          Inc.; Wilshire Credit Corporation; Bank Of
                                           America, N.A., As Successor By Merger To
9                                          Lasalle Bank, As Trustee For The Certificate
                                           Holders Of The Mlmi Trust Mortgage Loan
10                                         Asset-Backed Certificates, Series 2007 He1;
                                           U.S. Bank, National Association, As
11                                         Successor Trustee To Bank Of America,
                                           N.A., As Successor By Merger To Lasalle
12                                         Bank, As Trustee For The Certificate Holders
                                           Of The Mlmi Trust Mortgage Loan Asset-
13                                         Backed Certificates, Series 2007 He1

14

15

16   Dated:    February 22, 2012           **ALAN L GERACI a Prof. Corp**

17

18                                         By:  /s/ Stephen Lopez *
                                                Stephen Lopez
19                                         Attorneys for Plaintiff

20                                         Silvio Antonio Peralta

21                                         *E-signature approved via email
                                           on February 22, 2012*
22

23

24

25

26

27

28

BRYAN CAVE LLP
120 BROADWAY, SUITE 300
SANTA MONICA, CALIFORNIA 90401-2386

1   I, NEERU JINDAL, declare as follows:

2   1.   I am an attorney at law duly licensed to practice before this Court and
3   in the state of California.  I am an attorney in the law firm of Bryan Cave LLP,
4   counsel of record for Defendants Mortgage Electronic Registration Systems, Inc.;
5   Wilshire Credit Corporation; Bank Of America, N.A., as Successor By Merger To
6   LaSalle Bank, as Trustee For Certificate Holders Of The MLMI Trust Mortgage
7   Loan Asset-Backed Certificates, Series 2007 He1; U.S. Bank, N.A., as Successor
8   Trustee to Bank Of America, N.A., (collectively, "Defendants").  I make this
9   declaration (the "Declaration") in support of Plaintiff Silvio Antonio Peralta
10  ("Plaintiff") and Defendants' Joint Stipulation To Stay Proceedings For Ninety Days
11  And Extend Defendants' Time to Respond to Complaint.  I have personal
12  knowledge of the matters referred to in this Declaration, and if called upon to do so
13  would competently testify thereto.

14  2.   On February 15, 2012 and February 16, 2012, Plaintiff's counsel and I
15  spoke regarding alternative resolutions to this case.  We agreed that it is in the
16  Parties' best interest to avoid incurring further litigation costs while we are
17  contemplating alternative resolutions to this case and therefore seek a 90-day stay of
18  the litigation.

19  3.   I am informed and believed that Defendant People's Choice Home
20  Loans, Inc. is a dissolved corporation and has not been served, or appeared, in this
21  litigation.

22  4.   No prior extensions have been requested or granted in this matter.

23  5.   The Parties believe in good faith that this litigation can be resolved
24  without further court intervention.

25  ///
26  ///
27  ///
28  ///

BRYAN CAVE LLP
120 BROADWAY, SUITE 300
SANTA MONICA, CALIFORNIA 90401-2386

1    6.    Good cause exists for an Order granting this Stipulation.

2    I declare under penalty of perjury under the laws of the State of California

3  that the foregoing is true and correct.

4    Executed this 22nd day of February, 2012, in Santa Monica, California.

5

6                                      By: /s/ Neeru Jindal
                                            Neeru Jindal
7                                        Attorneys for Defendants

8

9

10

BRYAN CAVE LLP
120 BROADWAY, SUITE 300
SANTA MONICA, CALIFORNIA 90401-2386

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 120 Broadway, Suite 300, Santa Monica, California 90401-2386.

On February 23, 2012, I served the following documents in the within action as follows, described as:

**1.  JOINT STIPULATION TO STAY PROCEEDINGS FOR NINETY DAYS AND EXTEND DEFENDANTS' TIME TO RESPOND TO COMPLAINT; DECLARATION OF NEERU JINDAL IN SUPPORT THEREOF; 2.  DECLARATION OF LEAD TRIAL COUNSEL RE: COMPLIANCE WITH GENERAL ORDER AUTHORIZING ELECTRONIC FILING; AND 3.  [PROPOSED] ORDER ON STIPULATION TO STAY PROCEEDINGS FOR NINETY DAYS AND EXTEND DEFENDANTS' TIME TO RESPOND TO COMPLAINT**

on the interested party(ies) in this action, as follows:

Alan L Geraci

Alan L Geraci Law Offices

1331 West 1st Street Suite 102

Santa Ana, CA 92703

714-760-9753

Fax: 7145-242-6944

Email: alan@gerlop.com

Attorney for Plaintiffs

Stephen F Lopez

Alan L Geraci Law Offices

1331 West 1st Street Suite 102

Santa Ana, CA 92703

714-760-9753

Fax: 714-242-6944

Email: steve@gerlop.com

Attorney for Plaintiffs

☒     (BY MAIL)  I placed a true copy of the foregoing document in a sealed envelope addressed to each interested party as set forth above. I placed each such envelope, with postage thereon fully prepaid, for collection and mailing at Bryan Cave LLP, Santa Monica, California. I am readily familiar with Bryan Cave LLP's practice for collection and processing of correspondence for mailing with the United States Postal Service. Under that practice, the correspondence would be deposited in the United States Postal Service on that same day in the ordinary course of business.

☒     (BY CM/ECF)  The document was served via The United States District Court –Central District's CM/ECF electronic transfer system which

BRYAN CAVE LLP
120 BROADWAY, SUITE 300
SANTA MONICA, CALIFORNIA 90401-2386

1   generates a Notice of Electronic Filing (NEF) upon the parties, the assigned judge
    and any registered user in the case.  Each transmission was reported as complete and
2   without error.

3          ☐      (BY OVERNIGHT DELIVERY) - Depositing copies of the above
    document(s) in a box or other facility regularly maintained by UPS, in an envelope
4   or package designated by the United Parcel Service with delivery fees paid or
5   provided for.

6          ☒      (FEDERAL ONLY)  I declare that I am employed in the office of a
    member of the bar of this Court at whose direction the service was made.
7

8          I declare under penalty of perjury under the laws of the United States of
    America that the foregoing is true and correct.

9          Executed on February 23, 2012, at Santa Monica, California.

10

11                            /s/ Alicia Moore
                              Alicia Moore
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BRYAN CAVE LLP
120 BROADWAY, SUITE 300
SANTA MONICA, CALIFORNIA 90401-2386