Christina A. Rea, California Bar No. 269107
Neeru Jindal, California Bar No. 235082
**BRYAN CAVE LLP**
120 Broadway, Suite 300
Santa Monica, California  90401
Telephone:  (310) 576-2100
Facsimile:  (310) 576-2200
E-Mail:   christina.rea@bryancave.com
          jindaln@bryancave.com

NOTE: CHANGES MADE BY THE COURT

Attorneys for Defendants
Mortgage Electronic Registration Systems, Inc.; Wilshire Credit Corp.;
Bank Of America, N.A.; and U.S. Bank, N.A.,

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SILVIO ANTONIO PERALTA,<br><br>                    Plaintiff,<br><br>         vs.<br><br>PEOPLE'S CHOICE HOME LOAN, INC., a dissolved Wyoming corporation; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; WILSHIRE CREDIT CORPORATION; QUALITY LOAN SERVICE CORP.; BANK OF AMERICA, N.A., AS SUCCESSOR BY MERGER TO LASALLE BANK, AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF THE MLMI TRUST MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2007 HE1; U.S. BANK, NATIONAL ASSOCIATION , AS SUCCESSOR TRUSTEE TO BANK OF AMERICA, N.A., AS SUCCESSOR BY MERGER TO LASALLE BANK, AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF THE MLMI TRUST MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2007 HE1,<br><br>                    Defendants. | Case No:  CV12-00909 JFW-AJW<br><br>Judge: Hon. John F. Walter<br><br>**ORDER ON STIPULATION TO STAY PROCEEDINGS FOR NINETY DAYS AND EXTEND DEFENDANTS' TIME TO RESPOND TO COMPLAINT**<br><br>[Filed concurrently with Joint Stipulation To Stay Proceedings For Ninety Days And Extend Defendants' Time To Respond To Complaint]<br><br>Complaint Filed:  February 1, 2012<br><br>Current Response Date:  N/A<br><br>Proposed Response Date:  June 15, 2012 |

NOTE: CHANGES MADE BY THE COURT

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Plaintiff Silvio Antonio Peralta ( "Plaintiff") and Defendants Mortgage Electronic Registration Systems, Inc.; Wilshire Credit Corporation; Bank Of America, N.A., as Successor By Merger To LaSalle Bank, as Trustee For Certificate Holders Of The MLMI Trust Mortgage Loan Asset-Backed Certificates, Series 2007 He1; U.S. Bank, N.A., as Successor Trustee to Bank Of America, N.A., (collectively, "Defendants") jointly filed a stipulation seeking the authority of this Court to stay proceedings for ninety (90) days and extend Defendants' time to respond to the Complaint accordingly.

Finding good cause therefor,

**IT IS ORDERED THAT:**

1. All proceedings in this case are stayed until May 26, 2012; and

2. The last day for Defendants to file a responsive pleading is continued to June 15, 2012.

**3. Plaintiff's Motion for Preliminary Injunction is denied without prejudice.**

**IT IS SO ORDERED.**

Dated: February 24, 2012

_____
United States District Court Judge,
HON. JOHN F. WALTER